FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2022

No. 04-22-00270-CV

John P. **BOERSCHIG**,
Appellant/Cross-Appellee

v.

**RIO GRANDE ELECTRIC COOPERATIVE, INC.**,
Appellee/Cross-Appellant

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4205
Honorable Roland Andrade, Judge Presiding

## O R D E R

Appellant's and cross-appellant's briefs are currently due on November 16, 2022. On November 8, 2022, the parties filed a joint motion requesting an extension of time to file the briefs until January 6, 2023, for a total extension of fifty-one days. After consideration, we **GRANT** the motion and **ORDER** appellant and cross-appellant to file their briefs **by January 6, 2023**. Appellee's and cross-appellee's response briefs will be due thirty days after the filing of the parties' opening briefs, and any reply briefs will be due twenty days after the filing of the appellee's and cross-appellee's briefs. *See* TEX. R. APP. P. 38.6(b), (c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court